UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-22958-DPG

ROLANDO LUIS,

    Plaintiff,

v.

VMSB, LLC
d/b/a CASA CASUARINA
d/b/a GIANNI'S

    Defendant,
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, ROLANDO LUIS, ("Plaintiff") and Defendant, VMSB, LLC, d/b/a CASA CASUARINA, d/b/a GIANNI'S ("Defendant"), by and through their Undersigned Counsel, hereby stipulate to the dismissal of the action with prejudice, the Parties to bear their own attorney's fees, and costs, except as otherwise set forth in the Parties' Confidential Settlement Agreement.

Dated: February 16, 2021

Respectfully submitted,

| | |
|---|---|
| */s/Zandro E. Palma* | */s/ Eric R. Thompson* |
| Zandro E. Palma, Esq. | Robin Taylor Symons |
| Florida Bar No. 0024031 | Rsymons@gordonrees.com |
| zep@thepalmalawgroup.com | Florida Bar No. 356832 |
| **ZANDRO E. PALMA, P.A.** | Eric R. Thompson |
| 9100 S. Dadeland Boulevard | Ethompson@gordonrees.com |
| Suite 1500 | Florida Bar No. 888931 |
| Miami, Florida 33156 | GORDON REES SCULLY |
| Telephone: (305) 446-1500 | MANSUKHANI     Miami Tower |
| Facsimile: (305) 446-1502 | 100 S.E. Second Street, Suite 3900 |
| *Counsel for Plaintiff* | Miami, FL  33131 |
| | Telephone: (305) 428-5300 |
| | Facsimile:  (877) 644-6209 |
| | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 16, 2021, I electronically filed this Notice with the Clerk of the Court using CM/ECF and that a copy of the foregoing document also was served via transmission of Notice of Electronic Filing upon the parties listed below.

By: **/s/ Zandro E. Palma**
Zandro E. Palma, Esq.
Florida Bar No.: 0024031

## SERVICE LIST
### Case No: 1: 20-cv-22958-DPG

Robin Taylor Symons
Rsymons@gordonrees.com
Florida Bar No. 356832
Eric R. Thompson
Ethompson@gordonrees.com
Florida Bar No. 888931
GORDON REES SCULLY MANSUKHANI
Miami Tower
100 S.E. Second Street, Suite 3900
Miami, FL  33131
Telephone: (305) 428-5300
Facsimile:  (877) 644-6209
*Counsel for Defendants*

Zandro E. Palma Esq.
THE LAW OFFICES OF
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156
Phone:  (305) 446-1500
Fax:   (305) 446-1502
zep@thepalmalawgroup.com
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-22958-DPG

ROLANDO LUIS,

    Plaintiff,

v.

VMSB, LLC
d/b/a CASA CASUARINA
d/b/a GIANNI'S

    Defendant,
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE came on before this Honorable Court on the parties' Joint Stipulation of Dismissal with Prejudice, and after being fully apprised in the premises, it is hereby

**ORDERED and ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**.

DONE AND ORDERED in Chambers, in Dade County, Florida, this _____ day of _____, 2021.

                                                  _____
                                                  DARRIN P. GAYLES
                                                  UNITED STATES DISTRICT JUDGE